**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Tri-Valley Corporation, *et al.*,[1] | Case No. 12-12291 (MFW) |
| Debtors. | |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, *et al.*, | |
| Plaintiff. | |
| v. | Adv. Pro. No. 14-50442 (MFW) |
| Anterra Energy Services, Inc., | |
| Defendant. | |

**STIPULATION FOR EXTENSION OF TIME**

    IT IS HEREBY STIPULATED AND AGREED, by and between Charles A. Stanziale, Jr., (the "Plaintiff"), in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, et al., by and through his counsel, and Anterra Energy Services, Inc. (the "Defendant"), by and through its counsel, that the time within which Defendant must answer, move, or otherwise respond to the Complaint [Docket No. 1] is extended through and including **December 8, 2014.**

**[Remainder of page intentionally left blank]**

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

Dated: November 25, 2014
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: /s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (DE # 2936)
Kate R. Buck (DE #5140)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
wtaylor@mccarter.com
kbuck@mccarter.com

-and-

Jeffrey T. Testa, Esq.
Donald J. Crecca, Esq.
Four Gateway Center, 100 Mulberry Street
Newark, NJ  07102
Telephone: (973) 622-4444
Facsimile: (973) 297-3823
jtesta@mccarter.com
dcrecca@mccarter.com

*Counsel to  the Chapter 7 Trustee*

Dated: November  25, 2014
Ventura, California

**GOLDENRING & PROSSER**

By: /s/ *Peter A. Goldenring*
Peter A. Goldenring, Esq.
6050 Seahawk Street
Ventura, CA 93003, USA
Telephone: (805) 642-6702
Facsimile:  (805) 642-3145
peter@gopro-law.com

*Counsel to Defendant*